IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD R. SIMPSON,

    Petitioner,                   No. CIV S-09-3295 WBS DAD P

    vs.

JAMES A. YATES, Warden,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Therein, petitioner challenges his judgment of conviction for resisting an executive officer and battery entered in the Sacramento County Superior Court in 2006.

        This court has independently verified that petitioner was released from prison on parole on October 10, 2010. However, petitioner has not notified the court of his new address. Petitioner will be directed to notify the court of his new address within 60 days from the date of this order. Failure to comply with this order will result in the issuance of findings and recommendations recommending that this action be dismissed due to petitioner's failure to keep the court apprised of his current address. See Local Rules 182(f), 183(b).

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within sixty days from the date of
2 this order petitioner shall notify the court of his current address.
3 DATED: February 16, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
simpson2395.o