IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD R. SIMPSON,

    Petitioner,                               No. CIV S-09-3295 WBS DAD P

    vs.

JAMES A. YATES, Warden,               FINDINGS & RECOMMENDATIONS

    Respondent.

                               /

        This court has previously independently verified that petitioner was released from prison on parole on October 10, 2010 but failed to notify the court of a new address of record. Accordingly, by order filed February 17, 2011, petitioner was ordered to notify the court of his current address within 60 days. Petitioner was informed that failure to comply with the February 17, 2011 order would result in the issuance of findings and recommendations recommending that this action be dismissed due to petitioner's failure to keep the court apprised of his current address. The 60 day period has now passed, and petitioner has not responded to the February 17, 2011 order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

/////

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
simpson3295.dis